NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRACY SUE GURDIAN,                          )
                                            )
                Appellant,                  )
                                            )
v.                                          )          Case No. 2D18-730
                                            )
ROBERT J. GURDIAN,                          )
                                            )
                Appellee.                   )
_____ )

Opinion filed December 12, 2018.

Appeal from the Circuit Court for Collier
County, Mary C. Evans, Judge.

Tracy Sue Gurdian, pro se.

Robert Gurdian, pro se.


PER CURIAM.


                Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.